AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

36 C.F.R. § 4.23(a)(1) - Driving Under the Influence of Alcohol
(Class B Misdemeanor); 36 C.F.R. § 4.23(a)(2) - Driving with a
Blood Alcohol Content Above 0.08% (Class B Misdemeanor);
18 U.S.C. § 13, assimilating Cal. Veh. Code § 14601.2(a) -
Operation of a Motor Vehicle with a Known Suspended
License (Class B Misdemeanor).

☐ Petty
☐ Minor
☒ Misde-
    meanor
☐ Felony

PENALTY:   Maximum jail term of six months
           Maximum fine of $ 5,000
           Mandatory $10 special assessment fee

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S

▶ CALEB V. RELITZ

*MAG*

DISTRICT COURT NUMBER

CR 08 0362

### DEFENDANT

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

National Park Service Park Rangers

☐ person is awaiting trial in another Federal or State Court,
    give name of court

_____

☐ this person/proceeding is transferred from another district
    per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on motion
    of:
    ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.
}

☐ this prosecution relates to a
    pending case involving this same
    defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
    before U.S. Magistrate regarding this
    defendant were recorded under

}

Name and Office of Person
Furnishing Information on this form     JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     WENDY M. THOMAS

### IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶  04/14/08

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

### IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction                    }  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?     ☐ No    }  give date
                           filed    _____

DATE OF    ▶    Month/Day/Year
ARREST          _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    ▶    Month/Day/Year
TO U.S. CUSTODY          _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

Comments:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
09 MAY 30 PM 12: 19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CR 08    0362** |
|---|---|---|
| | ) | |
| Plaintiff, | ) | VIOLATIONS: 36 C.F.R. § 4.23(a)(1) - |
| | ) | Driving under the Influence of Alcohol |
| | ) | (Class B Misdemeanor); 36 C.F.R. § |
| | ) | 4.23(a)(2) - Driving with a Blood Alcohol |
| v. | ) | Content above 0.08% (Class B |
| | ) | Misdemeanor); 18 U.S.C. § 13, assimilating |
| | ) | Cal. Veh. Code § 14601.2(a) - Operation of |
| CALEB V. RELITZ, | ) | a Motor Vehicle with a Known Suspended |
| | ) | License (Class B Misdemeanor) |
| | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |
| | ) | |

INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 4.23(a)(1) - Driving under the Influence of Alcohol

On or about April 14, 2008, in the Northern District of California, within the boundaries of

an area administered by the National Park Service, the defendant,

CALEB V. RELITZ,

did operate and was in actual physical control of a motor vehicle while under the influence of

alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code

of Federal Regulations, Section 4.23(a)(1), a Class B Misdemeanor.

INFORMATION

1  COUNT TWO: 36 C.F.R. § 4.23(a)(2) - Driving with a Blood Alcohol Content above 0.08%

2  On or about April 14, 2008, in the Northern District of California, within the boundaries of

3  an area administered by the National Park Service, the defendant,

4                                    CALEB V. RELITZ,

5  did operate and was in actual physical control of a motor vehicle while having at least 0.08

6  percent, by weight, of alcohol in his blood and breath, in violation of Title 36, Code of Federal

7  Regulations, Section 4.23(a)(2), a Class B Misdemeanor.

8
   COUNT THREE: 18 U.S.C. § 13, assimilating California Vehicle Code § 14601.2(a) - Operation
9                of a Motor Vehicle With a Known Suspended License

10  On or about April 14, 2008, in the Northern District of California, while within boundaries of

11  an area under the jurisdiction of the United States and administered by the National Park Service,

12  the defendant,

13                                    CALEB V. RELITZ,

14  did operate a motor vehicle while defendant's driving privilege was suspended and revoked for a

15  conviction of a violation of California Vehicle Code Section 23152 and the defendant knew of

16  the suspension and revocation, in violation of Title 18, United States Code, Section 13,

17  assimilating California Vehicle Code § 14601.2(a), Operation of a Motor Vehicle with a Known

18  Suspended License, a Class B Misdemeanor.

19

20  DATED: *May 29, 2008*                    JOSEPH P. RUSSONIELLO
                                             United States Attorney
21

22
                                             KYLE F. WALDINGER
23                                           Deputy Chief, Major Crimes Section

24

25  (Approved as to form: _____ )
                         WENDY THOMAS
26                       Special Assistant United States Attorney

27

28


INFORMATION