JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone:     (415) 436-6809
Fax:   (415) 436-7234
Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0362 MAG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION FOR SUMMONS** |
| | ) | |
| CALEB V. RELITZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Based on the facts set forth in the Declaration of Sara Kim in Support of the United States'

Motion for Summons, the United States hereby requests that the Court issue a summons for

defendant Caleb V. Relitz, 4234 Santa Rita, Elso Brante, California, 94803. The facts set forth in

the Declaration demonstrate that probable cause exists to summon the defendant to answer the

Information that has been filed by the United States Attorney.


                                Respectfully submitted,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

Dated:  6/3/08                          /s/           
                                WENDY THOMAS
                                Special Assistant United States Attorney