JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0362 MAG |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER FOR SUMMONS** |
| CALEB V. RELITZ, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Sara Kim, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Caleb V. Relitz, 4234 Santa Rita, Elso Brante, California, 94803, to appear on June 30, 2008, at 9:30 a.m. before Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____          _____
                                   BERNARD ZIMMERMAN
                                   United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0362 MAG