1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,           )   Case No. CR 08-0362 MAG
                                        )
12         Plaintiff,                   )
                                        )
13     v.                               )   [PROPOSED] ORDER FOR SUMMONS
                                        )
14  CALEB V. RELITZ,                    )
                                        )
15         Defendant.                   )
                                        )
16

17     Having reviewed the Declaration of Sara Kim, the Court finds that probable cause exists to
18  believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3),
19  the Clerk of the Court is directed to issue a Summons directing the defendant, Caleb V. Relitz,
20  4234 Santa Rita, Elso Brante, California, 94803, to appear on June 30, 2008, at 9:30 a.m. before
21  Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by the
22  United States Attorney.
23

24     IT IS SO ORDERED.
25
26  Dated: __June 4, 2008__         _____
                                    BERNARD ZIMMERMAN
27                                  United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR 08-0362 MAG